IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:13-cv-849-BO

SHELIA Y. CRUTHIRDS, )
 )
    Plaintiff, )
 )
 ) ORDER
v. )
 )
KAREN MILLER, Division Chief )
Child Youth School )
Services/Directorate Family, )
Morale, Welfare and Recreation, )
and JOHN M. MCHUGH, Secretary, )
Department of the Army, )
 )
    Defendants. )

UPON CONSIDERATION OF the Defendants' Motion to Stay Plaintiff's Motions for Summary Judgment, Default Judgment, Joinder, Request for Admissions and Discovery,

IT IS HEREBY ORDERED on this ____ day of March, 2014, that defendants' Motion is GRANTED;

IT IS FURTHER ORDERED that Plaintiff's motions, Request for Admissions and Discovery be stayed until the Court enters a scheduling order.

SO ORDERED.

TERRENCE W. BOYLE
United States District Court